FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 1:06CR264-MEF |
| | ) | [18 USC 2113(a)] |
| GENE SCHULER | ) | |
| | ) | |
| | ) | **INDICTMENT** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

That between on or about May 12 and May 15, 2006 in the Middle District of Alabama, the defendant,

**GENE SCHULER,**

did knowingly enter and attempt to enter the Wachovia Bank, 1315 West Main Street, Dothan, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to commit in such bank a felony affecting such bank, that is, the taking and carrying away, with intent to steal and purloin, property and money and other thing of value exceeding $1,000.00, belonging to and in the care, custody, control, management and possession of such bank, in violation of Title 18, United States Code, Sections 2113(a).

## COUNT TWO

That on or about May 14, 2006 in the Middle District of Alabama, the defendant,

**GENE SCHULER,**

did knowingly enter and attempt to enter the Compass Bank, 1263 West Main Street, Dothan, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to commit in such bank a felony affecting such bank, that is, the taking and carrying away, with intent to steal and purloin, property and money and other thing of value exceeding $1,000.00, belonging to and in the care, custody, control, management and possession of such bank, in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL:

_____
FOREPERSON


_____
LEURA G. CANARY
UNITED STATES ATTORNEY


_____
Stephen P. Feaga, Sr.
Assistant U.S. Attorney