USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

RECEIVED In the United States District Court

for the _2007 FEB 16_ MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

GENE SCHULER

CRIMINAL NUMBER: 1:06-cr-264-MEF

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **GENE SCHULER**, defendant, have been informed that an (*indictment*, information, complaint) is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the _____ District of **SOUTH CAROLINA** in which I, _____, (am under arrest, *am held*) and to waive trial in the above captioned District.

Dated: **2/6** 20**07** at **Dillon, SC 10:25 A.M.**

_____
(Defendant)

_____
(Witness) Peggy Barfield

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
Assistant United States Attorney
MIDDLE District of
ALABAMA

_____
United States Attorney for the
District of
SOUTH CAROLINA